IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IVAN THOMPSON,                              CASE NO. 2:08-cv-210
                                            JUDGE HOLSCHUH
    Petitioner,                             MAGISTRATE JUDGE ABEL

v.

STATE OF OHIO, et al.,

    Respondent.

## OPINION AND ORDER

On May 1, 2008, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. Although the parties explicitly were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

Date: June 3, 2008                          **/s/ John D. Holschuh**
                                            JOHN D. HOLSCHUH
                                            United States District Judge